DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHEKINA DELLMAR DONALDSON** and
**ARTHUR DELLMAR,**
Appellants,

v.

**NOVATION FUNDING, LLC,** d/b/a
**FAIR FUNDING PARTNERS,**
Appellee.

No. 4D2023-0595

[March 21, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William Haury, Jr., Judge; L.T. Case No. CACE20-018857.

Nashid Sabir of Law Office of Nashid Sabir, Miami, for appellants.

Scott J. Topolski and Matthew A. Barish of Cole Schotz, P.C., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***